UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION NO: 02-50052-01** |
| **VERSUS** | **JUDGE DONALD E. WALTER** |
| **KARON BOSTON** | |

### ORDER

Before the Court is a letter, docketed as a motion, in which Defendant Karon Boston requests clarification from the Court regarding his status in federal custody. [Doc. #36]. Pursuant to a guilty plea, the defendant was convicted of being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), and sentenced by this Court, on March 20, 2003, to 60 months' imprisonment. [Doc. #35]. At the time of sentencing, the defendant was in state custody at Caddo Correctional Center, pending the outcome of criminal charges under Louisiana state law. According to the defendant, the sentence imposed by this Court acts as a detainer which "prevents [him from obtaining] trustee status and [partaking in] rehabilitative programs that would enhance conditional release from prison." [Doc. #36]. The defendant inquires as to when his "time [began] to run" and asks that the Court "please let prison officials [at] Angola know" how they should calculate the amount of time served by the defendant. *Id.*

"It is well-established that district courts may not directly award credit against federal sentences for time spent in official detention." *United States v. Rorex*, 142 F. App'x 808, 808–09 (5th Cir. 2005) (citing *United States v. Wilson*, 503 U.S. 329, 333-37 (1992)). "After a district court sentences a federal offender, the Attorney General, through the BOP, has the responsibility for administering the sentence." *Wilson*, 503 U.S. at 335. The BOP has "developed detailed

procedures and guidelines for determining the credit available to prisoners." *Id*. The Court is unaware of any evidence that the BOP has failed to follow its own procedures and guidelines in determining the credit available to this prisoner or in determining his eligibility to participate in any rehabilitative programs. Accordingly, to the extent this defendant has moved for this Court to take any action on his behalf, such request is hereby **DENIED**.

    **THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 30 day of January, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE